IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jerrold B.,[1]<br><br>           Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No. 3:20-cv-00214-RRB<br><br>**FINAL ORDER REGARDING PAYMENT OF BENEFITS**<br>**(Docket 37)** |

        Claimant, Jerrold B., a 51 year old man residing in Anchorage, Alaska, filed an application for Supplemental Security Income benefits ("SSI")[2] on November 30, 2017, alleging disability beginning May 30, 2015. Following an unfavorable ALJ decision on August 16, 2019, Claimant sought relief from this Court. After extensive briefing, this Court remanded the matter for payment of benefits effective April 10, 2019, leaving open the possibility that Claimant could opt to return to an ALJ for consideration of an earlier onset date. Docket 35 at 17. Judgment was issued accordingly. Docket 36.

---

[1] Plaintiff's name is partially redacted pursuant to Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States. *See* Memorandum, Committee on Court Administration and Case Management of the Judicial Conference of the United States (May 1, 2018), *available at* https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

[2] 42 U.S.C. § 1381.

Claimant now indicates that he does not intend to seek an additional ALJ hearing, and requests that the Court issue "an order singularly directing payment of benefits effective April 10, 2019," in order to streamline the Agency's processing of this case. Docket 37.

In light of the foregoing, and for the reasons articulated at Docket 35, IT IS HEREBY ORDERED that this matter is REMANDED for payment of benefits effective April 10, 2019. An amended Judgment shall issue forthwith.

IT IS SO ORDERED this 17th day of May, 2022, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge

*Jerrold B. v. Kijakazi*     Case No. 3:20-cv-00214-RRB
Order     Page 2
Case 3:20-cv-00214-RRB   Document 38   Filed 05/17/22   Page 2 of 2